## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAVARIS BODY, # 11855-003** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 12-0344-CG-N** |
| **JOHNNIE THORNTON, <u>et</u> <u>al.</u>,** | : | |
| **Defendants.** | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant

to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and

Recommendation to which objection is made, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion

of this Court.   It is **ORDERED** that this action be and is hereby **DISMISSED**

without prejudice, prior to service of process, pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 7th day of May, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE