IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TAVARIS BODY,   # 11855-003** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0344-CG-N |
| **JOHNNIE THORNTON, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE** this 7th day of May, 2013.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE